1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

6
7
8              IN THE UNITED STATES DISTRICT COURT
9                EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA, | 2:12-CV-02450-GEB-JFM |
12 |         Plaintiff, | **APPLICATION AND ORDER FOR PUBLICATION** |
13 |    v. | |
14 | REAL PROPERTY LOCATED AT 8221 KING ROAD, LOOMIS, CALIFORNIA, PLACER COUNTY, APN: 037-330-004-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, and | |
15 | | |
16 | | |
17 | | |
18 | APPROXIMATELY $45,976.42 IN U.S. CURRENCY SEIZED FROM MECHANICS BANK CHECKING ACCOUNT NUMBER 41143841, HELD IN THE NAME OF TERRESA RUDD, DBA ROCK BOTTOM BEDS, | |
19 | | |
20 | | |
21 |         Defendants. | |
22

23       The United States of America, Plaintiff herein, applies for an order of
24 publication as follows:
25       1.     Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims
26 and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the
27 Plaintiff shall cause public notice of the action to be given in a newspaper of general
28 circulation or on the official internet government forfeiture site;

    2.    Local Rule 171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper or other vehicle for publication;

    3.    The defendant real property is located in Loomis, California, Placer County, and the defendant Approximately $45,976.42 in U.S. Currency seized from Mechanics Bank Checking Account Number 41143841, held in the name of Terresa Rudd, dba Rock Bottom Beds was seized on August 7, 2012 in Sacramento, in Sacramento County, California.

    4.    The United States proposes that publication be made as follows:

    a.    One publication;

    b.    Thirty (30) consecutive days;

    c.    On the official internet government forfeiture site www.forfeiture.gov;

    d.    The publication is to include the following:

    (1)    The Court and case number of the action;

    (2)    The date of the seizure/posting;

    (3)    The identity and/or description of the property seized/posted;

    (4)    The name and address of the attorney for the Plaintiff;

    (5)    A statement that claims of persons entitled to possession or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court and served on the attorney for the Plaintiff no later than 60 days after the first day of publication on the official internet government forfeiture site; and

    (6)    A statement that answers to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must

///
///
///
///
///

be filed and served within 21 days after the filing of the claims and, in the absence thereof, default may be entered and condemnation ordered.

Dated:   9/28/12                              BENJAMIN B. WAGNER
                                              United States Attorney


                                      By:    /s/ Kevin C. Khasigian
                                              KEVIN C. KHASIGIAN
                                              Assistant U.S. Attorney


           IT IS SO ORDERED.

**Date: 10/24/2012**

_____
UNITED STATES MAGISTRATE JUDGE

/014;usa2450.po

3