BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:12-CV-02450-GEB-JFM |
|---|---|
| Plaintiff, | |
| v. | |
| REAL PROPERTY LOCATED AT 8221 KING ROAD, LOOMIS, CALIFORNIA, PLACER COUNTY, APN: 037-330-004-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, and | FINAL JUDGMENT OF FORFEITURE |
| APPROXIMATELY $45,976.42 IN U.S. CURRENCY SEIZED FROM MECHANICS BANK CHECKING ACCOUNT NUMBER 41143841, HELD IN THE NAME OF TERRESA RUDD, DBA ROCK BOTTOM BEDS, | |
| Defendants. | |

Pursuant to the Stipulation for Final Judgment of Forfeiture filed herein, the Court finds:

1. This is a civil action *in rem* brought against certain real property located at 8221 King Road, Loomis, California, Placer County, APN: 037-330-004-000 (hereafter "defendant property") and $45,976.42 in U.S. Currency seized from Mechanics Bank checking account number 41143841, held in the name Terresa Rudd, dba Rock Bottom

1

Beds (hereafter "defendant funds").  The defendant funds were seized on or about May 30, 2012.

2. A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on September 28, 2012, alleging that said defendant property and defendant funds are subject to forfeiture to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(A), 984, and 31 U.S.C. § 5317(c)(2).

3. On September 28, 2012, the Clerk issued a Warrant for Arrest for the defendant funds and that warrant was duly executed on October 2, 2012.

4. On October 10, 2012, the defendant property was posted with a copy of the Complaint and Notice of Complaint.

5. Beginning on October 25, 2012, for at least thirty consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov.  A Declaration of Publication was filed on November 26, 2012.

5. In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following individual(s):  Terresa Rudd.

6. Claimant Terresa Rudd filed a claim to the defendant property and defendant funds on October 8, 2012.  No other parties have filed claims or answers in this matter, and the time in which any person or entity may file a claim and answer has expired.

7. On or about October 18, 2012, a Stipulation and Order for Interlocutory Sale of Defendant Real Property was filed.  The defendant property sold for $105,000.00 and that sale was finalized on October 19, 2012.  The Internal Revenue Service – Criminal Investigation received a wire transfer in the amount of $63,888.35 on October 23, 2012.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

1. The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

2. That judgment is hereby entered against claimant Terresa Rudd and all other potential claimants who have not filed claims in this action.

3. All right, title, and interest of Terresa Rudd in the following defendant assets, together with any interest that may have accrued, shall be forfeited to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(A), 984, and 31 U.S.C. § 5317(c)(2), to be disposed of according to law:

    a. Approximately $63,888.35 in U.S. Currency sub *res* in lieu of the real property located at 8221 King Road, Loomis, California, Placer County, APN: 037-330-004-000; and

    b. Approximately $45,976.42 in U.S. Currency.

4. That the United States and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure, arrest, or forfeiture of the defendant currency and defendant vehicle. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure, arrest, or forfeiture, as well as to those now known or disclosed. The parties waived the provisions of California Civil Code § 1542.

5. All parties are to bear their own costs and attorneys' fees.

6. The U.S. District Court for the Eastern District of California, Hon. Garland E. Burrell, Jr., District Judge, shall retain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

SO ORDERED.
**Date: 1/9/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

3

Final Judgment of Forfeiture

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Final Judgment of Forfeiture